

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:        01-11-00822-CR

Style:        Thomas Wayne Florence

**v** The State of Texas

Date motion filed[*]:      March 8, 2013

Type of motion:      Motion for Leave to Amend or Correct Brief for the State of Texas

Party filing motion:      The State

Document to be filed:

If motion to extend time:

      Deadline to file document:

      Number of previous extensions granted:

      Length of extension sought:

Ordered that motion is:

    ☑    Granted
         If document is to be filed, document due:

        ☐  The Clerk is instructed to file the document as of the date of this order
        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Evelyn V. Keyes
        ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date: July 23, 2013